**140**

**Edward E. DELK, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 45950.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 22, 1983.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 13, 1983.

Application to Transfer Denied
June 30, 1983.

Alan D. Pratzel, St. Louis, for movant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Peach, Circuit Atty., St. Louis, for respondent.

REINHARD, Judge.

Movant appeals from denial of his Rule 27.26 motion after an evidentiary hearing.

On October 8, 1980, movant entered pleas of guilty to the charges of rape and robbery in the second degree. The court accepted his pleas and sentenced movant to two concurrent five-year terms.

In his 27.26 motion, movant alleged that his pleas were not knowing and voluntary because he had been denied effective assistance of counsel. The court conducted an evidentiary hearing and heard testimony from both movant and the attorney who had represented him at the plea proceedings. After the hearing, the court issued its findings of fact and conclusions of law in which it found specific facts in support of its conclusion that movant had been effectively represented and had voluntarily and knowingly pleaded guilty to the two charges. We have carefully reviewed the entire record and are convinced that the trial court's findings and conclusions are not clearly erroneous and that the court made no error of law. An extended opinion would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).

CRANDALL, P.J., and CRIST, J., concur.

**STATE of Missouri, Respondent,**

v.

**Michael CORBIN, Appellant.**

**No. 44748.**

Missouri Court of Appeals,
Eastern District, Division Three.

March 29, 1983.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 13, 1983.

Application to Transfer Denied
June 30, 1983.

Joseph W. Downey, Public Defender, Henry Robertson, Asst. Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George A. Peach, Circuit Atty., St. Louis, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction for first degree assault, a violation of § 565.050, RSMo.1978, and his sentence to thirty years' imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed in accordance with Rule 30.25(b).